# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### <u>JUDGMENT IN A CIVIL CASE</u>

**Warren M. Isaac**
        Plaintiff(s)

    vs.                          **CASE NUMBER: 5:20-cv-495 (ATB)**

**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that the decision of the Commissioner is **REVERSED** and this case **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with this Memorandum-Decision and Order.

All of the above pursuant to the order of the Honorable Judge Andrew T. Baxter, dated the 8th day of March, 2021.

DATED: March 8, 2021

_____
Clerk of Court


_____
     s/Kathy Rogers
     Deputy Clerk